IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE HENRY SCOTT, III, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0760-CG-C |
| WILLIAM BOGGAN, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed without prejudice.

**DONE and ORDERED** this 26th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE